THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR02-0210-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICHELLE M. LEE, a/k/a Myung Mi Lee, | |
| Defendant. | |

This matter comes before the Court on motion of the United States for leave to dismiss all pending charges in this matter as to fugitive Defendant Michelle M. Lee (Dkt. No. 5). Having thoroughly considered the relevant record, the Court finds GRANTS the motion and ORDERS that the pending counts in the above-captioned case are DISMISSED without prejudice. The outstanding warrant in this matter is hereby QUASHED.

DATED this 23rd day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE