# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR02-0210-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICHELLE M. LEE, a/k/a Myung Mi Lee, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. This case has been maintained under seal since 2000. In June 2002, Defendant was indicted and an arrest warrant was issued. (Dkt. Nos. 3, 4.) In August 2018, the Court granted the Government's request for leave to dismiss the charges and quashed the outstanding warrant. (Dkt. Nos. 5, 6.) On January 7, 2019, the Court ordered the Government to show cause why this case should be maintained under seal (Dkt. No. 7), and the Government responded that it takes no position as to sealing and defers to the Court. (Dkt. No. 8.) As the charges in this case have been dismissed and the warrant quashed, the Court hereby DIRECTS the Clerk to unseal this case.

//

//

//

//

DATED this 25th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE